DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEANTE MENEFEE,<br><br>    Defendant. | No. CR 18-00619 HSG<br><br>STIPULATION AND ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: April 29, 2019, to May 20, 2019<br>Time: 2:00 p.m. |

    The parties appeared before the Honorable Haywood S. Gilliam, Jr. on April 29, 2019, for a status conference. The government represented that it had recently completed production of discovery to the defendant. Defense counsel represented that he will need time to evaluate the discovery. The parties requested, and the Court granted, a continuance until May 20, 2019, for trial setting or change of plea. The parties also stipulated, and the Court ordered, that time between April 29, 2019, and May 20, 2019, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

    The parties further stipulate, and ask the Court to find, that the requested continuance and

///

///

STIP. AND ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 18-0619 HSG           1

exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: May 3, 2019

DAVID L. ANDERSON
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED: May 3, 2019

/s/
REES MORGAN
BEN PULLIAM
Counsel for Defendant Deante Menefee

## Attestation of Filer

In addition to myself, the other signatory to this document is Rees Morgan. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: May 3, 2019

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 29, 2019, and for good cause shown, the Court finds that failing to exclude the time from April 29, 2019, through May 20, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 29, 2019, to May 20, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 29, 2019, through May 20, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

.

IT IS SO ORDERED.

DATED: May 6, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge