REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-rfm@cpdb.com

Attorneys for Defendant
DEANTE MENEFEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:18-CR-00619-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING (as modified)** |
| v. | |
| DEANTE MENEFEE, | |
| Defendant. | |

Defendant Deante Menefee, and Plaintiff United States of America (the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Status Hearing in this matter is currently set for March 19, 2025 at 2:00 p.m.;

WHEREAS, the assigned Probation Officer has requested that the hearing in this matter be continued for at least two weeks;

WHEREAS, the Parties have agreed to continue the Status Hearing to a date when Mr. Menefee is prepared to enter an admission to one or some of the alleged supervised release violations, including some that will be revised based upon California state charges in Los Angeles Superior Court that were resolved on January 3, 2025, and to be sentenced by the Court on that

1  same day;

2  WHEREAS, the Parties have submitted a joint recommendation with respect to such
3  sentencing;

4  WHEREAS, the Parties have consulted with the U.S. Probation Officer assigned to the
5  matter, who also consents to the continuance and already has submitted a sentencing
6  recommendation (which aligns with the Parties' joint recommendation);

7  WHEREAS, Defendant respectfully requests that the Court consider holding the continued
8  hearing date in the morning because his employment starts in the afternoon each day, a request
9  that the Government and the Probation Officer do not oppose;

10  **THEREFORE, IT IS HEREBY STIPULATED and AGREED** by and between the
11  Parties herein, subject to Court approval, that the Court continue the Status Hearing from March
12  19, 2025 to April 9, 2025.  It is further stipulated that, if the Court would approve it and subject to
13  the Court's schedule, all parties consent to the continued hearing date occurring in the morning of
14  April 9, 2025.  If the Court cannot accommodate a morning hearing on April 9, 2025, the Parties
15  stipulate to a continuance of the hearing to April 9, 2025 at 2:00 p.m. on the Court's regular
16  criminal docket.

17  **IT IS SO STIPULATED**.

18  DATED:  March 18, 2025                    COBLENTZ PATCH DUFFY & BASS LLP

20                                           By:    */s/ Rees F. Morgan*
21                                                  REES F. MORGAN
                                                    Attorneys for Defendant
22                                                  DEANTE MENEFEE

1  DATED: March 18, 2025                UNITED STATES ATTORNEY'S OFFICE

2

3                                        By:      */s/ Christiaan Highsmith*
4                                                CHRISTIAAN HIGHSMITH
                                                 Attorneys for Plaintiff
5                                                UNITED STATES OF AMERICA

**ORDER**

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the status hearing in the above-captioned case shall be continued from March 19, 2025 to April 9, 2025, at 2:00 p.m.

DATED: 3/18/2025

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE