REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-rfm@cpdb.com

Attorneys for Defendant
DEANTE MENEFEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEANTE MENEFEE,<br><br>    Defendant. | Case No. 4:18-CR-00619-HSG<br><br>**STIPULATION AND ORDER TO AMEND JUDGMENT** (as modified) |

Defendant Deante Menefee and Plaintiff United States of America (the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS the Parties have been informed by the United States Marshal and the Probation Officer in this case that the criminal judgment in this matter (Dkt. 101) needs to be amended in order to reflect the intention of the Court, the parties and the Probation Officer that Mr. Menefee's reporting to and processing by the U.S. Marshal's Service will satisfy any custodial term ordered in conjunction with revocation of his supervised release;

WHEREAS the Probation Officer has conferred with the United States Marshal and agreed that an amended criminal judgment and reason for amendment (which shall be delivered to the Court) will accomplish the goal of all parties and the Court that Mr. Menefee's reporting to and processing by the U.S. Marshal shall satisfy the requirement that Mr. Menefee serve one day of

1  custody pursuant to the amended criminal judgment;

2      Now, THEREFORE, the parties jointly request, with the agreement of the Probation

3  Officer, that the Court execute the amended judgment and reason for amendment. The parties

4  thank the Court for its assistance with this matter.

5      **IT IS SO STIPULATED**.

6  DATED: July 2, 2025          COBLENTZ PATCH DUFFY & BASS LLP

7

8

                                  By:    */s/ Rees F. Morgan*

9                                        REES F. MORGAN

10                                       Attorneys for Defendant
                                      DEANTE MENEFEE

11

12 DATED: July 2, 2025          UNITED STATES ATTORNEY'S OFFICE

13

14                                 By:    */s/ Christiaan Highsmith*

15                                       CHRISTIAAN HIGHSMITH
                                      Attorneys for Plaintiff

16                                       UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**ORDER**

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Court will execute the amended judgment and reason for amendment. Probation is directed to submit the amended judgment and reason for amendment to the Court for approval.

DATED: 7/3/2025

*[signature]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

017921.0002 4925-8769-3906.2

3

Case No. 4:18-CR-00619-HSG

STIPULATION AND ORDER TO AMEND JUDGMENT